IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moran, Michael | Case Number: 05 B 04327 |
|---|---|---|
| | Moran, Tyrina L | Judge: Hollis, Pamela S |
| | Printed: 12/28/07 | Filed: 2/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 28, 2007
Confirmed: April 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,654.64 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,800.62 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 283.38 |
| Other Funds: |  | 570.64 |
| Totals: | 6,654.64 | 6,654.64 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 2. | Resurgent Capital Services | Unsecured | 574.24 | 748.97 |
| 3. | United Collection Bureau Inc | Unsecured | 98.50 | 128.47 |
| 4. | Asset Acceptance | Unsecured | 12.50 | 16.31 |
| 5. | Discover Financial Services | Unsecured | 2,893.18 | 3,773.51 |
| 6. | Mark R Vittori DDS | Unsecured | 261.25 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 574.24 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 767.19 | 1,000.67 |
| 9. | Wal Mart Stores | Unsecured | 40.43 | 52.73 |
| 10. | Nicor Gas | Unsecured | 61.31 | 79.96 |
| 11. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 12. | NBGL | Unsecured | | No Claim Filed |
| 13. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 14. | BP Oil Co | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | H & F Law Offices | Unsecured | | No Claim Filed |
| 17. | H & F Law Offices | Unsecured | | No Claim Filed |
| 18. | H & F Law Offices | Unsecured | | No Claim Filed |
| 19. | Loyola University | Unsecured | | No Claim Filed |
| 20. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 21. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 22. | Richard R Della | Unsecured | | No Claim Filed |
| 23. | Account Recovery Service | Unsecured | | No Claim Filed |
| 24. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 25. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moran, Michael  
　　　　Moran, Tyrina L  
　　　　Printed: 12/28/07

Case Number: 05 B 04327  
Judge: Hollis, Pamela S  
Filed: 2/9/05

| | | | | |
|---|---|---|---|---|
| 26. | Wolpoff & Abramson | Unsecured | | No Claim Filed |
| 27. | Village of Oak Park | Unsecured | | No Claim Filed |
| 28. | Rx Acquisitions | Unsecured | | No Claim Filed |
| 29. | SBC | Unsecured | | No Claim Filed |
| 30. | Watermark Phys. | Unsecured | | No Claim Filed |

　　　　　　　　　　　　　　　　　　_____　　　_____  
　　　　　　　　　　　　　　　　　　$ 5,282.84　　　$ 5,800.62

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 45.09 |
| 3% | 28.91 |
| 5.5% | 91.32 |
| 5% | 23.14 |
| 4.8% | 48.14 |
| 5.4% | 46.78 |
| | _____ |
| | $ 283.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

